**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **OSCAR ROLANDO RAMOS GONZALEZ,** *Petitioner,* | : | **CIVIL ACTION** |
| **v.** | : | |
| **ANDY CRUZ, Warden, Federal Detention Center, Philadelphia,** ***et al.*****,** *Respondents.* | : | **No. 26-cv-8300** |

## ORDER

**AND NOW**, this **12th** day of **November 2026**, upon review of Petitioner Oscar Rolando Ramos Gonzalez's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (the "Petition") (ECF No. 1), Respondents' Response Opposing Petition for Writ of Habeas Corpus (ECF No. 6), Respondents' Supplemental Response (ECF No. 9), and the docket, it is hereby **ORDERED** that the Petition (ECF No. 1) is **GRANTED** as follows:

1. The Petition (ECF No. 1) is **GRANTED** for the reasons stated in the accompanying Memorandum Opinion.
2. Because Petitioner is being held in custody at the Federal Detention Center in Philadelphia in violation of the laws and the Constitution of the United States, Respondents **SHALL IMMEDIATELY RELEASE** Petitioner from detention.
3. Respondents are further **DIRECTED** to return to Petitioner any and all funds, identification, or property which may have been seized from Petitioner at the time of his arrest.
4. Respondents are **DIRECTED** to certify compliance with the Court's Order by filing such certification on the docket on or before **November 13, 2026 at 12:00 P.M.**
5. The Clerk of Court is **DIRECTED** to **CLOSE** the above-captioned matter.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**